BEFORE THE SECOND DIVISION, NOVEMBER 3, 1965

No. 69609.—C. M. Import & Export Corp. et al. v. United States, protests 63/14403, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiffs was sustained.

NOVEMBER 3, 1965

No. 69610.—The A. W. Fenton Co., Inc. v. United States, protest 63/17415.— -C.D. 2554. Plaintiff's application for rehearing denied.

NOVEMBER 1, 1965

No. 69611.—APPEAL 5194.—Hilo Rice Mill Co., Ltd., and American Customs Brokerage Company et al. v. United States.— C.D. 2471 reversed July 1, 1965. C.A.D. 866.

BEFORE THE SECOND DIVISION, NOVEMBER 9, 1965

No. 69612.—Cotra Corporation v. United States, protest 58/23664 (San Francisco).

Opinion by RAO, C. J. In accordance with stipulation of counsel that the merchandise consists of waterproof velveteen cloth identical to exhibit 1 in protest 60/17099, decided in Abstract 66801, wherein the merchandise was held to be similar in all material respects to that the subject of United States v. D. H. Grant & Co., Inc. (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained.